UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTBUY, INC. )<br>    Plaintiff, )<br>v. )<br>    )<br>RIVER CONSULTING GROUP, INC., )<br>JOSEPH T. LACASCIA, CHRISTINE M. )<br>LACASCIA, PETER M. MULCAHY, )<br>MELISSA A. MULCAHY, MILLENIUM )<br>BUYING COMPANY, INC., WHITE )<br>INDUSTRIES, INC., JOHN S. WHITE, )<br>JANINE M. WHITE, PHILLIP KAPLAN, )<br>MARK GIANCOLA, JAMIE LEVY, and )<br>DIRECT BUYING CLUB OF MA, INC., )<br>    Defendants. ) | C.A. NO. 08-11887-JLT |

## (PROPOSED) JUDGMENT UNDER FED.R.CIV.P. 54(b)

This matter having come before the Court on Plaintiff's Motion for Entry of Separate and Final Judgment Pursuant to Rule 54(b), and after having allowed said Motion on August 31, 2010, and entered this day its Memorandum and Order on Plaintiff's Motion for Entry of Final Judgment Pursuant to Rule 54(b), the Court hereby directs that Final Judgment shall enter in favor of DirectBuy against defendants Joseph T. LaCascia, River Consulting Group, Inc., White Industries, Inc., and Direct Buying Club of MA, Inc. in the amount of $5,110,468.50, which consists of DirectBuy's compensatory damage award of $1,568,359.40, trebled under Mass. Gen. Laws c. 93A, resulting in a damages award of $4,705,078.20. Pre-judgment interest shall be added at the statutory rate of 12% per annum, in the total amount of $329,355.47, to account for the period from November 10, 2008, when DirectBuy commenced this action, through September 7, 2010. As set forth in the Court's Order of April 22, 2010, DirectBuy is also awarded reasonable attorneys' fees and costs incurred during the same period, in the total amount

of $72,990.00 and $3,044.96, respectively. Therefore, Final Judgment hereby enters in favor of DirectBuy against defendants Joseph T. LaCascia, River Consulting Group, Inc., White Industries, Inc., and Direct Buying Club of MA, Inc. in the amount of $5,110,468.50.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

Dated:  10/5/10