2010 OCT -5  A 11: 23

October 4, 2010

Ms. Zita Levitt:
U.S. District Court
1 Courthouse Way
Boston, MA  02210

RE: Direct Buy v. River Consulting, et. al.
    Docket #08-CVL-11887-JLT
    Scheduling Meeting, October 5, 2010

Dear Ms. Levitt:

    I have received your letter regarding a scheduling meeting for attorneys in the above matter. As you are aware I am not represented by an attorney. I am unable to afford one at this time. I would have no idea who to depose and therefore will not be deposing anyone. I contacted your office and left you a message looking for information about this meeting, but I have not heard back from you. I hope this letter satisfies my obligations.

    If you have any questions, or require additional information, please do not hesitate to contact me.

Very Truly Yours,

Mark Giancola
463 Sudbury Street
Marlborough, MA  01752
P/N: (508) 333-9899