UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTBUY, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 08-11887-JLT |
| | * | |
| RIVER CONSULTING GROUP, INC. | * | |
| JOSEPH T. LACASCIA, CHRISTINE M. | * | |
| LACASCIA, PETER M. MULCAHY, | * | |
| MELISSA A. MULCAHY, MILLENIUM | * | |
| BUYING COMPANY, INC., WHITE | * | |
| INDUSTRIES, INC., JOHN S. WHITE, | * | |
| JANINE M. WHITE, PHILLIP KAPLAN, | * | |
| MARK GIANCOLA, JAMIE LEVY, and | * | |
| DIRECT BUYING CLUB OF MA, INC., | * | |
| | * | |
| Defendants. | * | |

## ORDER

December 28, 2010

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that:

1. Defendant Mark Giancola's Motion to Vacate Default Judgment [#65] is ALLOWED.

2. Plaintiff's Motion for Entry of Default Judgment Against Mark Giancola [#66] is DENIED.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                           United States District Judge