10/15/10

Case # 1:08-cv-11887-JLT
Direct Buy, Inc vs. River Consulting Group, Inc et al
Joseph L. Tauro Presiding

Dear Sirs,

It has come to my attention from the attorneys representing the Plaintiff that we may have incorrectly filed our response for the case number mentioned above. The response was originally answered and sent certified mail to law offices of Conn Kavanaugh Rosenthal Peisch & Ford, LLP.
Therefore we are now submitting the same response to the court.

We have had numerous phones call over the last 2 years with the law offices of Conn Kavanaugh Rosenthal Peisch & Ford, LLP and have told them repeatedly that we know nothing about the illegal activities.

Based on the above response, and the fact that we have had NOTHING to do with Direct Buy and/or ANY of the defendants in this case we are also requesting a motion to have our names removed from this law suit.

Sincerely

John & Janine White
8 Wainwright Cir
Millis, Ma.  02054
508-380-9873